UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK ROBINSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:09CV2089 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that petitioner's motion to amend [#4] and motion to supplement [#5] are granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2010.